| REGISTRATION NO. | REGISTRATION DATE | PLEADING NAME | CLIENT |
|---|---|---|---|
| TXu 1-601-551 | 12-Jan-09 | Second Amended Petition | Beer |
| TXu 1-602-633 | 12-Jan-09 | Plaintiffs' Combined Motion For Class Certification And Brief In Support | Beer |
| TXu 1-601-550 | 12-Jan-09 | Plaintiff's Reply Brief Re. Class Certification | Beer |
| TX 7-261-050 | 25-May-10 | Supplemental Brief In Support Of Class Certification, Specifically In Relation To Adequacy Of | Beer |
| TX 7-261-053 | 25-May-10 | Plaintiffs Fourth Discovery Request | Beer |
| TX 7-261-043 | 25-May-10 | Plaintiffs Unopposed Combined Motion For Order Approving Notice To The Class And Directing Distribution Of Notice To The Class And Brief In Support | Beer |
| TX 7-261-051 | 25-May-10 | Plaintiffs' Second deposition Notice 05-2008 | Beer |
| TX 7-259-932 | 21-May-10 | Plaintiffs' Reply To XTO Energy Inc.'s Response To Plaintiffs' Motion To Exclude Kris Terry As An Expert Witness And Brief In Support | Beer |
| TX 7-260-008 | 21-May-10 | Plaintiffs' Third Amended Exhibit And Witness List | Beer |
| TX 7-259-482 | 20-May-10 | Plaintiffs' Proposed Jury Instructions | Beer |
| TX 7-259-435 | 20-May-10 | Plaintiffs' Requested Voir Dire | Beer |
| TX 7-259-527 | 20-May-10 | Plaintiffs' Brief Re. Hill Certified Questions | Beer |
| TX 7-259-526 | 20-May-10 | Plaintifs' Designation Of Deposition Testimony Of Mr. Kenneth Acklie | Beer |
| TX 7-259-439 | 20-May-10 | Plaintiffs' Combined Motion For Summary Judgment For Plaintiffs, Beer And Ramsey, And Brief In Support | Beer |
| TX 7-417-298 | 20-May-10 | Plaintiffs' Response To Defendant XTO Energy Inc.'s Motion For Daubert Hearing And To Exclude Expert Testimony | Beer |
| TX 7-417-300 | 21-May-10 | Plaintiffs' Motion In Limine | Beer |
| TX 7-417-299 | 21-May-10 | Plaintiffs' Motion For Summary Judgment On | Beer |
| TX 7-417-301 | 21-May-10 | Plaintiffs' Reply In Support Of Their Seconf Motion For Summary Judgment | Beer |
| TXu 1-354-108 | 25-Jul-07 | Plaintiffs' Response To Defendatn's Motion For Summary Judgment | Chastain |
| TXu 1-349-765 | 16-Mar-07 | Plaintiffs' Motion For Class Certification | Chastain |
| TXu 1-349-763 | 16-Mar-07 | Plaintiffs' Motion For Class Certification | Mathes |
| Txu 1-349-764 | 16-Mar-07 | Plaintiffs' Motion For Class Certification | Lewis |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**TXu 1-601-551**

**Effective date of registration:**

January 12, 2009

## Title

**Title of Work:** Second Amended Petition

## Completion/Publication

**Year of Completion:** 2007

## Author

- **Author:** Edward L. White
  **Author Created:** text, compilation, editing

  **Work made for hire:** Yes
  **Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Edward L. White
13924B Quail Pointe Drive, Oklahoma City, OK, 73134, United States

## Rights and Permissions

**Organization Name:** Edward L. White, P.C.
**Name:** Edward Leslie White
**Email:** jan@edwhitelaw.com    **Telephone:** 405-810-8188
**Address:** 13924B Quail Pointe Drive
Oklahoma City, OK 73134 United States

## Certification

**Name:** Edward L. White
**Date:** January 12, 2009

Page 1 of 1

IPN#:

Registration #:    TXU001601551

Service Request #:   1-150067781

Edward L. White, P.C.
Edward Leslie White
13924B Quail Pointe Drive
Oklahoma City, OK 73134  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**TXu 1-602-633**

**Effective date of registration:**

January 12, 2009

## Title

**Title of Work:** Plaintiffs' Combined Motion For Class Certification And Brief In Support

## Completion/ Publication

**Year of Completion:** 2008

## Author

- **Author:** Edward L. White, P.C.
  **Author Created:** text, compilation, editing

  **Work made for hire:** Yes
  **Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Edward L. White, P.C.
13924B Quail Pointe Drive, Oklahoma City, OK, 73134, United States

## Rights and Permissions

**Organization Name:** Edward L. White, P.C.
**Name:** Edward Leslie White
**Email:** ed@edwhitelaw.com    **Telephone:** 405-810-8188
**Address:** 13924B Quail Pointe Drive
Oklahoma City, OK 73134

## Certification

**Name:** Edward L. White
**Date:** January 12, 2009

Page 1 of 1

IPN#:

Registration #:   TXU001602633

Service Request #:   1-150067844

Edward L. White, P.C.
Edward Leslie White
13924B Quail Pointe Drive
Oklahoma City, OK 73134  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**TXu 1-601-550**

**Effective date of registration:**

January 12, 2009

## Title
**Title of Work:** Plaintiffs' Reply Brief Re. Class Certification

## Completion/Publication
**Year of Completion:** 2008

## Author
- **Author:** Edward L. White
  **Author Created:** text, editing, compilation

  **Work made for hire:** Yes
  **Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Edward L. White
13924B Quail Pointe Drive, Oklahoma City, OK, 73134, United States

## Rights and Permissions
**Organization Name:** Edward L. White, P.C.
**Name:** Edward Leslie White
**Email:** ed@edwhitelaw.com    **Telephone:** 405-810-8188
**Address:** 13924B Quail Pointe Drive
Oklahoma City, OK 73134 United States

## Certification
**Name:** Edward L. White
**Date:** January 12, 2009

IPN#:

Registration #:   TXU001601550

Service Request #:   1-150261851

Edward L. White, P.C.
Edward Leslie White
13924B Quail Pointe Drive
Oklahoma City, OK 73134  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-261-050**

Effective date of registration:

May 25, 2010

---

## Title
**Title of Work:** Supplemental Brief In Support Of Class Certification, Specifically In Relation To Adequacy Of Representation

## Completion/Publication
**Year of Completion:** 2009
**Date of 1st Publication:** January 14, 2009   **Nation of 1st Publication:** United States

## Author
- **Author:** Edward L. White, P.C.
  **Author Created:** text, compilation, editing
  **Work made for hire:** Yes
  **Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Edward L. White, P.C.
9301 Cedar Lake Ave., Suite 200, Oklahoma City, OK, 73114, United States

## Rights and Permissions
**Organization Name:** Edward L. White, P.C.
**Name:** Edward L White, Attorney
**Email:** ed@edwhitelaw.com   **Telephone:** 405-810-8188
**Address:** 9301 Cedar Lake Ave.
Suite 200
Oklahoma City, OK 73114 United States

## Certification
**Name:** /s/Edward L. White
**Date:** May 25, 2010

Page 1 of 2

Registration #:   TX0007261050

Service Request #:   1-408402776



Edward L. White, P.C.
Edward L. White, Attorney
9301 Cedar Lake Ave.
Suite 200
Oklahoma City, OK 73114   United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
TX 7-261-053

**Effective date of registration:**
May 25, 2010

## Title
**Title of Work:** Plaintiffs Fourth Discovery Request

## Completion/Publication
**Year of Completion:** 2008
**Date of 1st Publication:** January 10, 2008    **Nation of 1st Publication:** United States

## Author
- **Author:** Edward L. White, P.C.
  **Author Created:** text, compilation, editing
  **Work made for hire:** Yes
  **Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Edward L. White, P.C.
9301 Cedar Lake Ave., Suite 200, Oklahoma City, OK, 73114, United States

## Rights and Permissions
**Organization Name:** Edward L. White, P.C.
**Name:** Edward L White, Attorney
**Email:** ed@edwhitelaw.com    **Telephone:** 405-810-8188
**Address:** 9301 Cedar Lake Ave.
Suite 200
Oklahoma City, OK 73114 United States

## Certification
**Name:** /s/Edward L. White
**Date:** May 25, 2010