Registration #:   TX0007261053

Service Request #:   1-408402662



Edward L. White, P.C.
Edward L. White, Attorney
9301 Cedar Lake Ave.
Suite 200
Oklahoma City, OK 73114 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
**TX 7-261-043**

Effective date of registration:
May 25, 2010

## Title
**Title of Work:** Plaintiffs Unopposed Combined Motion For Order Approving Notice To The Class And Directing Distribution Of Notice To The Class And Brief In Support

## Completion/Publication
**Year of Completion:** 2009
**Date of 1st Publication:** April 10, 2009          **Nation of 1st Publication:** United States

## Author
- **Author:** Edward L. White, P.C.
  **Author Created:** text, compilation, editing
  **Work made for hire:** Yes
  **Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Edward L. White, P.C.
9301 Cedar Lake Ave., Suite 200, Oklahoma City, OK, 73114, United States

## Rights and Permissions
**Organization Name:** Edward L. White, P.C.
**Name:** Edward L White, Attorney
**Email:** ed@edwhitelaw.com          **Telephone:** 405-810-8188
**Address:** 9301 Cedar Lake Ave.
Suite 200
Oklahoma City, OK 73114 United States

## Certification
**Name:** /s/Edward L. White
**Date:** May 25, 2010

Registration #:   TX0007261043

Service Request #:   1-408402878



Edward L. White, P.C.
Edward L. White, Attorney
9301 Cedar Lake Ave.
Suite 200
Oklahoma City, OK 73114   United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
TX 7-261-051

**Effective date of registration:**
May 25, 2010

## Title
- **Title of Work:** Plaintiffs' Second Deposition Notice 05-2008

## Completion/Publication
- **Year of Completion:** 2008
- **Date of 1st Publication:** May 13, 2008
- **Nation of 1st Publication:** United States

## Author
- **Author:** Edward L. White, P.C.
- **Author Created:** text, compilation, editing
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** Edward L. White, P.C.
  9301 Cedar Lake Ave., Suite 200, Oklahoma City, OK, 73114, United States

## Rights and Permissions
- **Organization Name:** Edward L. White, P.C.
- **Name:** Edward L White, Attorney
- **Email:** ed@edwhitelaw.com
- **Telephone:** 405-810-8188
- **Address:** 9301 Cedar Lake Ave.
  Suite 200
  Oklahoma City, OK 73114 United States

## Certification
- **Name:** /s/Edward L. White
- **Date:** May 25, 2010

Page 1 of 1

Registration #:    TX0007261051

Service Request #:    1-408402704



Edward L. White, P.C.
Edward L. White, Attorney
9301 Cedar Lake Ave.
Suite 200
Oklahoma City, OK 73114   United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
**TX 7-259-932**

**Effective date of registration:**
May 21, 2010

## Title
**Title of Work:** Plaintiffs' Reply To XTO Energy Inc.'s Response To Plaintiffs' Motion To Exclude Kris Terry As An Expert Witness And Brief In Support

## Completion/Publication
**Year of Completion:** 2010
**Date of 1st Publication:** March 2, 2010     **Nation of 1st Publication:** United States

## Author
- **Author:** Edward L. White, P.C.
  **Author Created:** text, compilation, editing
  **Work made for hire:** Yes
  **Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Edward L. White, P.C.
9301 Cedar Lake Ave., Suite 200, Oklahoma City, OK, 73114, United States

## Rights and Permissions
**Organization Name:** Edward L. White, P.C.
**Name:** Edward L. White, Attorney
**Email:** ed@edwhitelaw.com     **Telephone:** 405-810-8188
**Address:** 9301 Cedar Lake Ave.
Suite 200
Oklahoma City, OK 73114 United States

## Certification
**Name:** /s/Edward L. White
**Date:** May 21, 2010

Page 1 of 2

Registration #: TX0007259932

Service Request #: 1-405680918



Edward L. White, P.C.
Edward L. White, Attorney
9301 Cedar Lake Ave.
Suite 200
Oklahoma City, OK 73114 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-260-008**

**Effective date of registration:**

May 21, 2010

## Title
- **Title of Work:** Plaintiffs' Third Amended Exhibit And Witness List

## Completion/Publication
- **Year of Completion:** 2010
- **Date of 1st Publication:** March 9, 2010
- **Nation of 1st Publication:** United States

## Author
- **Author:** Edward L. White, P.C.
- **Author Created:** text, compilation, editing
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** Edward L. White, P.C.
  9301 Cedar Lake Ave., Suite 200, Oklahoma City, OK, 73114, United States

## Rights and Permissions
- **Organization Name:** Edward L. White, P.C.
- **Name:** Edward L White, Attorney
- **Email:** ed@edwhitelaw.com
- **Telephone:** 405-810-8188
- **Address:** 9301 Cedar Lake Ave.
  Suite 200
  Oklahoma City, OK 73114 United States

## Certification
- **Name:** /s/Edward L. White
- **Date:** May 21, 2010

Registration #:   TX0007260008

Service Request #:   1-405680724



Edward L. White, P.C.
Edward L. White, Attorney
9301 Cedar Lake Ave.
Suite 200
Oklahoma City, OK 73114   United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-259-482**

**Effective date of registration:**

May 20, 2010

## Title
**Title of Work:** Plaintiffs' Proposed Jury Instructions

## Completion/Publication
**Year of Completion:** 2010
**Date of 1st Publication:** March 15, 2010    **Nation of 1st Publication:** United States

## Author
- **Author:** Edward L. White, P.C.
  **Author Created:** text, compilation, editing
  **Work made for hire:** Yes
  **Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Edward L. White, P.C.
9301 Cedar Lake Ave., Suite 200, Oklahoma City, OK, 73114, United States

## Rights and Permissions
**Organization Name:** Edward L. White, P.C.
**Name:** Edward L White, Attorney
**Email:** ed@edwhitelaw.com    **Telephone:** 405-810-8188
**Address:** 9301 Cedar Lake Ave.
Suite 200
Oklahoma City, OK 73114 United States

## Certification
**Name:** /s/Edward L. White
**Date:** May 20, 2010

Registration #:   TX0007259482

Service Request #:   1-404925379



Edward L. White, P.C.
Edward L. White, Attorney
9301 Cedar Lake Ave.
Suite 200
Oklahoma City, OK 73114   United States