# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-259-435**

Effective date of registration:

May 20, 2010

---

### Title
- **Title of Work:** Plaintiffs' Requested Voir Dire

### Completion/Publication
- **Year of Completion:** 2010
- **Date of 1st Publication:** March 15, 2010    **Nation of 1st Publication:** United States

### Author
- **Author:** Edward L. White, P.C.
- **Author Created:** text, compilation, editing
- **Work made for hire:** Yes
- **Citizen of:** United States    **Domiciled in:** United States

### Copyright claimant
- **Copyright Claimant:** Edward L. White, P.C.
  9301 Cedar Lake Ave., Suite 200, Oklahoma City, OK, 73114, United States

### Rights and Permissions
- **Organization Name:** Edward L. White, P.C.
- **Name:** Edward L White, Attorney
- **Email:** ed@edwhitelaw.com    **Telephone:** 405-810-8188
- **Address:** 9301 Cedar Lake Ave.
  Suite 200
  Oklahoma City, OK 73114 United States

### Certification
- **Name:** /s/Edward L. White
- **Date:** May 20, 2010

Registration #:   TX0007259435

Service Request #:   1-404925227



Edward L. White, P.C.
Edward L. White, Attorney
9301 Cedar Lake Ave.
Suite 200
Oklahoma City, OK 73114   United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-259-526**

Effective date of registration:

May 20, 2010

## Title
- **Title of Work:** Plaintiffs' Designation Of Deposition Testimony Of Mr. Kenneth Acklie

## Completion/Publication
- **Year of Completion:** 2010
- **Date of 1st Publication:** March 15, 2010
- **Nation of 1st Publication:** United States

## Author
- **Author:** Edward L. White, P.C.
- **Author Created:** text, compilation, editing
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** Edward L. White, P.C.
  9301 Cedar Lake Ave., Suite 200, Oklahoma City, OK, 73114, United States

## Rights and Permissions
- **Organization Name:** Edward L. White, P.C.
- **Name:** Edward L White, Attorney
- **Email:** ed@edwhitelaw.com
- **Telephone:** 405-810-8188
- **Address:** 9301 Cedar Lake Ave.
  Suite 200
  Oklahoma City, OK 73114 United States

## Certification
- **Name:** /s/Edward L. White
- **Date:** May 20, 2010

Registration #:   TX0007259526

Service Request #:   1-404738484



Edward L. White, P.C.
Edward L. White, Attorney
9301 Cedar Lake Ave.
Suite 200
Oklahoma City, OK 73114 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-259-527**

Effective date of registration:

May 20, 2010

## Title
**Title of Work:** Plaintiffs' Brief Re. Hill Certified Questions

## Completion/Publication
**Year of Completion:** 2010
**Date of 1st Publication:** March 22, 2010    **Nation of 1st Publication:** United States

## Author
- **Author:** Edward L. White, P.C.
  **Author Created:** text, compilation, editing

  **Work made for hire:** Yes
  **Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Edward L. White, P.C.
9301 Cedar Lake Ave., Suite 200, Oklahoma City, OK, 73114, United States

## Rights and Permissions
**Organization Name:** Edward L. White, P.C.
**Name:** Edward L White, Attorney
**Email:** ed@edwhitelaw.com    **Telephone:** 405-810-8188
**Address:** 9301 Cedar Lake Ave.
Suite 200
Oklahoma City, OK 73114 United States

## Certification
**Name:** /s/Edward L. White
**Date:** May 20, 2010

Registration #:    TX0007259527

Service Request #:    1-404738422



Edward L. White, P.C.
Edward L. White, Attorney
9301 Cedar Lake Ave.
Suite 200
Oklahoma City, OK 73114   United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-259-526**

Effective date of registration:

May 20, 2010

---

## Title
- **Title of Work:** Plaintiffs' Designation Of Deposition Testimony Of Mr. Kenneth Acklie

## Completion/Publication
- **Year of Completion:** 2010
- **Date of 1st Publication:** March 15, 2010      **Nation of 1st Publication:** United States

## Author
- **Author:** Edward L. White, P.C.
- **Author Created:** text, compilation, editing
- **Work made for hire:** Yes
- **Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** Edward L. White, P.C.
  9301 Cedar Lake Ave., Suite 200, Oklahoma City, OK, 73114, United States

## Rights and Permissions
- **Organization Name:** Edward L. White, P.C.
- **Name:** Edward L White, Attorney
- **Email:** ed@edwhitelaw.com      **Telephone:** 405-810-8188
- **Address:** 9301 Cedar Lake Ave.
  Suite 200
  Oklahoma City, OK 73114  United States

## Certification
- **Name:** /s/Edward L. White
- **Date:** May 20, 2010

Page 1 of 1

Registration #:   TX0007259526

Service Request #:   1-404738484



Edward L. White, P.C.
Edward L. White, Attorney
9301 Cedar Lake Ave.
Suite 200
Oklahoma City, OK 73114   United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-259-439**

Effective date of registration:

May 20, 2010

## Title

**Title of Work:** Plaintiffs' Combined Motion For Summary Judgment For Plaintiffs, Beer And Ramsey, And Brief In Support

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** May 20, 2009    **Nation of 1st Publication:** United States

## Author

- **Author:** Edward L. White, P.C.
  **Author Created:** text, compilation, editing
  **Work made for hire:** Yes
  **Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Edward L. White, P.C.
9301 Cedar Lake Ave., Suite 200, Oklahoma City, OK, 73114, United States

## Rights and Permissions

**Organization Name:** Edward L. White, P.C.
**Name:** Edward L White, Attorney
**Email:** ed@edwhitelaw.com    **Telephone:** 405-810-8188
**Address:** 9301 Cedar Lake Ave.
Suite 200
Oklahoma City, OK 73114 United States

## Certification

**Name:** /s/Edward L. White
**Date:** May 20, 2010



Registration #:  TX0007259439

Service Request #:  1-404675564



Edward L. White, P.C.
Edward L. White, Attorney
9301 Cedar Lake Ave.
Suite 200
Oklahoma City, OK 73114  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-417-301**

**Effective date of registration:**

May 21, 2010

## Title
**Title of Work:** Plaintiffs' Reply In Support Of Their Second Motion For Summary Judgment

## Completion/Publication
**Year of Completion:** 2010
**Date of 1st Publication:** March 9, 2010         **Nation of 1st Publication:** United States

## Author
- **Author:** Edward L. White, P.C.
  **Author Created:** text, compilation, editing
  **Work made for hire:** Yes
  **Citizen of:** United States         **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Edward L. White, P.C.
9301 Cedar Lake Ave., Suite 200, Oklahoma City, OK, 73114, United States

## Limitation of copyright claim
**Material excluded from this claim:** Text from other sources

## Rights and Permissions
**Organization Name:** Edward L. White, P.C.
**Name:** Edward L White, Attorney
**Email:** ed@edwhitelaw.com         **Telephone:** 405-810-8188
**Address:** 9301 Cedar Lake Ave.
Suite 200
Oklahoma City, OK 73114 United States

## Certification

Registration #: TX0007417301
Service Request #: 1-405680866



Edward L. White, P.C.
Edward L. White, Attorney
9301 Cedar Lake Ave.
Suite 200
Oklahoma City, OK 73114 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
TX 7-417-299

**Effective date of registration:**
May 21, 2010

---

## Title
**Title of Work:** Plaintiffs' Motion For Summary Judgment On Damages

## Completion/Publication
**Year of Completion:** 2010
**Date of 1st Publication:** February 2, 2010    **Nation of 1st Publication:** United States

## Author
- **Author:** Edward L. White, P.C.
  **Author Created:** text, compilation, editing
  **Work made for hire:** Yes
  **Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Edward L. White, P.C.
9301 Cedar Lake Ave., Suite 200, Oklahoma City, OK, 73114, United States

## Limitation of copyright claim
**Material excluded from this claim:** Text from other sources

## Rights and Permissions
**Organization Name:** Edward L. White, P.C.
**Name:** Edward L White, Attorney
**Email:** ed@edwhitelaw.com    **Telephone:** 405-810-8188
**Address:** 9301 Cedar Lake Ave
Suite 200
Oklahoma City, OK 73114 United States

## Certification