UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
EDWARD L. WHITE, EDWARD L. WHITE,             :
P.C., and KENNETH ELAN, on behalf of          :
themselves and all others similarly           :     12 Civ. 1340 (JSR)
situated,                                     :
                                              :          ORDER
                Plaintiffs,                   :
                                              :
       -v-                                    :
                                              :
WEST PUBLISHING CORPORATION d/b/a             :
"West", and REED ELSEVIER INC., d/b/a         :
"LexisNexis,"                                 :
                                              :
                Defendants.                   :
------------------------------------- x



JED S. RAKOFF, U.S.D.J.

   This case was filed on February 22, 2012 and randomly assigned to the undersigned. The undersigned periodically receives modest royalties from Matthew Bender & Co. for his co-authorship of Sand et al., Modern Federal Jury Instructions. As soon as counsel for defendant Reed Elsevier Inc. enters an appearance, that counsel is directed to file with the Court a particularized statement of Reed Elsevier Inc.'s relationship with Matthew Bender & Co. so that the Court can promptly determine whether recusal is required.

   SO ORDERED.

                                        _____
                                          JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       February 24, 2012