UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD L. WHITE; EDWARD L. WHITE, P.C.; and KENNETH ELAN, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>    - against -<br><br>WEST PUBLISHING CORPORATION d/b/a "West"; and REED ELSEVIER INC., d/b/a LexisNexis,<br><br>                Defendants. | 12-CV-1340 (JSR)<br>ECF CASE<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

      Pursuant to Federal Rule of Civil Procedure 7.1, Defendant West Publishing Corporation ("West") hereby states, by and through its undersigned counsel, that the parent of West, a Minnesota corporation, is Thomson Reuters (Legal) Inc., a non-public Minnesota corporation.  West is indirectly owned by Thomson Reuters Corporation, a publicly-held corporation that is traded on the New York Stock Exchange and Toronto Stock Exchange.  There are no intermediate parent corporations or subsidiaries of West (or Thomson Reuters (Legal) Inc.) that are publicly held, and there are no publicly held companies that own 10% or more of West or Thomson Reuters (Legal) Inc. stock.

Dated: March 15, 2012

                                    Respectfully submitted,

                              By:    /s/ R. Bruce Rich
                                  R. Bruce Rich (RR-0313)
                                  Benjamin E. Marks (BM-0796)
                                  Jonathan Bloom (JB-7966)

                                  WEIL, GOTSHAL & MANGES LLP
                                  767 Fifth Avenue
                                  New York, NY 10153
                                  (212) 310-8000 (Telephone)
                                  (212) 310-8007 (Facsimile)
                                  bruce.rich@weil.com
                              *Attorneys for West Publishing Corporation*