

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD L. WHITE; EDWARD L. WHITE, P.C.; and KENNETH ELAN, on behalf of themselves and all others similarly situated,

        Plaintiffs,

v.

WEST PUBLISHING CORPORATION d/b/a "West"; and REED ELSEVIER INC., d/b/a LexisNexis,

        Defendants.

ECF CASE

Civil Action No. 12-CV-1340 (JSR)

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the time within which Defendant Reed Elsevier Inc. may move, answer, or otherwise respond to the Complaint is hereby extended up to and including April 20, 2012.

No provision of this Stipulation and Order shall be construed as a waiver of, and Defendant Reed Elsevier Inc. expressly reserves, any and all defenses.

There has been no previous request for extension of time in connection with this matter.

ny-1020482

Dated: March 20, 2012

BRAGAR WEXLER EASGEL & SQUIRE, P.C.

By: *Raymond Brager/KM*
    Raymond A. Bragar

885 Third Avenue, Suite 3040
New York, New York  10022
Telephone:  (212) 308-5858
Facsimile:   (212) 208-2519

Gregory A. Blue
Gregory A. Blue, P.C.
405 Lexington Avenue, Suite 2600
New York, New York  10174
Telephone:  (646) 351-0006
Facsimile:   (212) 208-6874

Attorneys for Plaintiffs EDWARD L. WHITE;
EDWARD L. WHITE, P.C.; and KENNETH
ELAN

Dated: March 20, 2012

MORRISON & FOERSTER LLP

By: *[signature]*
    James E. Hough
    Craig B. Whitney

1290 Avenue of the Americas
New York, New York  10104
Telephone:  (212) 468-8000
Facsimile:   (212) 468-7900

Attorneys for Defendant REED ELSEVIER
INC. d/b/a LexisNexis

SO ORDERED:

_____
Hon. Jed S. Rakoff
United States District Judge