UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD L. WHITE, EDWARD L. WHITE, P.C., and KENNETH ELAN, on behalf of themselves and all others similarly situated<br><br>     Plaintiffs,<br><br>  v.<br><br>WEST PUBLISHING CORPORATION d/b/a "West," and REED ELSEVIER INC. d/b/a LexisNexis,<br><br>     Defendants. | ECF CASE<br><br>Civil Action No. 12-CV-1340 (JSR) |

## NOTICE OF DEFENDANT REED ELSEVIER INC.'S
## PARTIAL MOTION TO DISMISS

  PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in support of this motion, Defendant Reed Elsevier Inc. d/b/a LexisNexis ("LexisNexis") moves pursuant to Federal Rule of Civil Procedure 12(b)(6), before the Honorable Jed S. Rakoff, for an order dismissing the claims of Plaintiff Kenneth Elan for failure to state a claim, along with the claims of the proposed subclass he seeks to represent.

  PLEASE TAKE FURTHER NOTICE that, pursuant to the April 2, 2012 telephone scheduling conference, Plaintiff Elan shall file and serve his responsive papers on or before April 27, 2012, and LexisNexis shall file and serve its reply papers on or before May 7, 2012.  The Court has scheduled oral argument for May 16, 2012, at 4:00 p.m.

ny-1023080

Dated:  April 6, 2012                    MORRISON & FOERSTER LLP


/s/ James E. Hough
James E. Hough
Craig B. Whitney
1290 Avenue of the Americas
New York, NY 10104
Telephone:  (212) 468-8000
Facsimile:   (212) 468-7900
jhough@mofo.com
cwhitney@mofo.com

James F. McCabe (admitted *pro hac vice*)
Paul Goldstein
425 Market Street
San Francisco, California  94105
Telephone:   (415) 268-7000
Facsimile:    (415) 268-7522
jmccabe@mofo.com
pgoldstein@mofo.com

*Attorneys for Defendant*
*REED ELSEVIER INC. d/b/a LexisNexis*

ny-1023080