**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**IN RE: WESTLAW AND LEXISNEXIS LEGAL**
**WORKS COPYRIGHT LITIGATION**

| | | |
|---|---|---|
| David J. Heinlein v. West Publishing Corporation, | ) | |
|   D. Connecticut, C.A. No. 3:12-00386 | ) | MDL No. 2367 |
| Edward L. White, et al. v. West Publishing Corporation, et al., | ) | |
|   S.D. New York, C.A. No. 1:12-01340 | ) | |

**ORDER DEEMING MOTION WITHDRAWN**
**AND VACATING THE MAY 31, 2012, HEARING SESSION ORDER**

   Before the Panel is a motion by plaintiff David J. Heinlein filed pursuant to 28 U.S.C. § 1407. In his motion, plaintiff seeks centralization of the above-listed actions in the United States District Court for District of Connecticut for coordinated or consolidated pretrial proceedings. No other party supports centralization of the above-listed actions. Movant now seeks to withdraw his Section 1407 motion.

   IT IS THEREFORE ORDERED that plaintiff's motion for transfer under 28 U.S.C. § 1407 is DEEMED WITHDRAWN.

   IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on April 17, 2012, are VACATED insofar as they relate to this matter.

        FOR THE PANEL:

        Jeffery N. Lüthi
        Clerk of the Panel