```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
EDWARD L. WHITE, EDWARD L. WHITE,     :
P.C., and KENNETH ELAN, on behalf of  :
themselves and all others similarly   :
situated,                             :
                                      :
                Plaintiffs,           :
                                      :         12 Civ. 1340 (JSR)
        -v-                           :
                                      :              ORDER
WEST PUBLISHING CORPORATION d/b/a     :
"West", and REED ELSEVIER INC., d/b/a :
"LexisNexis,"                         :
                                      :
                Defendants.           :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

For reasons stated today in open court, see transcript, 5/16/12, the Court grants defendants' motion to dismiss the claims of Kenneth Elan and the purported subclass of plaintiffs who have not registered any copyrights and denies plaintiffs' request for leave to amend their Class Action Complaint. The Court directs the parties to proceed in accordance with the Civil Case Management Plan dated April 12, 2012.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       May 16, 2012