UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD L. WHITE, P.C.;

    Plaintiffs,

- against -

WEST PUBLISHING CORPORATION d/b/a "West"; and REED ELSEVIER INC., d/b/a LexisNexis,

    Defendants.

12-CV-1340 (JSR)
ECF CASE

## NOTICE OF NAME CHANGE

**PLEASE TAKE NOTICE** that, as of July 1, 2012, **BRAGAR WEXLER EAGEL & SQUIRE, P.C.** has changed its name to **BRAGAR EAGEL & SQUIRE, P.C.** All future reference to the firm in this matter should be to **BRAGAR EAGEL & SQUIRE, P.C.** The firm's and its lawyers' addresses and phone numbers remain the same, but the domain name for email addresses has changed from "@bragarwexler.com" to "@bespc.com".

Dated: New York, New York
      July 27, 2012

BRAGAR EAGEL & SQUIRE, P.C.

By: _____
Raymond A. Bragar
885 Third Ave., Suite 3040
New York, NY 10022
(212) 308-5858
bragar@bespc.com
*Co-Counsel for Plaintiffs*

To: all counsel via ECF Notification