```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
Edward L. White                    ,  :
                                      :
              Plaintiff,              :     12 Civ. 1340 (JSR)
                                      :
          -v-                         :          ORDER
                                      :
West Publishing Corporation        ,  :
                                      :
              Defendant.              :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

Judge Rakoff has determined that this case is not appropriate for inclusion in the Pilot Project Regarding Case Management Techniques for Complex Cases in the Southern District of New York, and, accordingly, the parties should instead proceed in accordance with Judge Rakoff's individual rules and orders.

SO ORDERED.

JED S. RAKOFF /s/
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       SEPTEMBER 14, 2012