UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD L. WHITE, P.C.,<br><br>                Plaintiff,<br><br>v.<br><br>WEST PUBLISHING CORPORATION d/b/a "West," and REED ELSEVIER INC. d/b/a LexisNexis,<br><br>                Defendants. | ECF CASE<br><br>Civil Action No. 12-CV-1340 (JSR)<br><br>**NOTICE OF MOTION** |

      PLEASE TAKE NOTICE that Defendant LexisNexis, a div. of Reed Elsevier Inc. ("Lexis"), by and through its attorneys Morrison & Foerster LLP, will move this Court before the Honorable Jed S. Rakoff, United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, for an order pursuant to Federal Rule of Civil Procedure 56(a) granting summary judgment to Lexis on all of Plaintiff's claims, on the grounds that there exists no genuine issue as to any material fact in this case, and that Lexis is entitled to judgment as a matter of law.

      PLEASE TAKE FURTHER NOTICE that, in accordance with the schedule approved by the Court, opening papers shall be served and filed on or before October 5, 2012; opposition papers shall be served and filed on or before October 23, 2012; reply papers shall be served and filed on or before November 2, 2012; and oral argument shall be held on November 9, 2012 at 4:30 p.m.

ny-1059183

| | |
|---|---|
| Dated: September 28, 2012<br>New York, New York | MORRISON & FOERSTER LLP<br><br>  /s/ James E. Hough  <br>James E. Hough<br>Craig B. Whitney<br>Cindy P. Abramson<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Telephone:  (212) 468-8000<br>Facsimile:  (212) 468-7900<br>jhough@mofo.com<br>cwhitney@mofo.com<br>cabramson@mofo.com<br><br>James F. McCabe (admitted *pro hac vice*)<br>Paul Goldstein (admitted *pro hac vice*)<br>425 Market Street<br>San Francisco, California  94105<br>Telephone:   (415) 268-7000<br>Facsimile:   (415) 268-7522<br>jmccabe@mofo.com<br>pgoldstein@mofo.com<br><br>*Attorneys for Defendant*<br>*LexisNexis, a div. of REED ELSEVIER INC.* |

ny-1059183