UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
EDWARD L. WHITE, P.C.,

                        Plaintiff,                    12 Civ. 1340 (JSR)

                     v.                     **Filed Electronically**

WEST PUBLISHING CORPORATION d/b/a West;
and REED ELSEVIER, INC. d/b/a LexisNexis,

                     Defendants.
------------------------------------------------------------------x

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that, upon its Memorandum of Law and accompanying Statement of Uncontested Material Facts Pursuant to Local Rule 56.1, as well as any declarations and all other prior proceedings before this Court, and any exhibits attached thereto, Defendant West Publishing Corporation ("West"), by and through the undersigned counsel of record, will move this Court, before the Honorable Jed S. Rakoff, United States District Judge, United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 14-B, New York, New York, on November 9, 2012, at 4:30 p.m. or as soon thereafter as the matter may be heard, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting West summary judgment on Plaintiff's amended complaint and for such other and further relief as this Court may deem just and proper.

      Pursuant to the Revised Case Management Plan approved by the Court on August 14, 2012, West's moving papers are due on October 5, 2012.  Answering papers, if any, in opposition to this motion are due on October 23, 2012.  Reply papers in further support of the motion are due on November 2, 2012.

Dated: September 28, 2012

    Respectfully submitted,

    WEIL, GOTSHAL & MANGES LLP

By:   */s/ Benjamin E. Marks*
    R. Bruce Rich
    Benjamin E. Marks
    Jonathan Bloom
    John R. Gerba
    767 Fifth Avenue
    New York, New York 10153
    (212) 310-8000
    benjamin.marks@weil.com

*Attorneys for Defendant West Publishing Corp.*