Gregory A. Blue
GREGORY A. BLUE, P.C.
405 Lexington Avenue, Suite 2600
New York, New York 10174
Telephone: (646) 351-0006
Facsimile: (212) 208-6874
Email: blue@bluelegal.us

Raymond A. Bragar
BRAGAR EAGEL & SQUIRE, P.C.
885 Third Ave., Suite 3040
New York, New York 10022
Telephone: (212) 308-5858
Facsimile: (212) 208-2519
Email: bragar@bespc.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD L. WHITE, P.C.,<br><br>Plaintiff,<br><br>- against -<br><br>WEST PUBLISHING CORPORATION d/b/a "West";<br>and REED ELSEVIER INC.,<br>d/b/a LexisNexis,<br><br>Defendants. | 12-CV-1340 (JSR)<br>**ECF CASE** |

## **NOTICE OF MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE THAT plaintiff Edward L. White, P.C. ("Plaintiff"), by its undersigned attorneys, will move this Honorable Court for an Order granting summary judgment in favor of the Plaintiff and against the Defendants on the issue of liability only;

PLEASE TAKE FURTHER NOTICE, that in accordance with the schedule agreed upon by the parties and approved by the Court, Plaintiff will serve and file its Memorandum of Law, Local Rule 56.1 Statement, and such other papers as support its Motion on or before October 5, 2012;

PLEASE TAKE FURTHER NOTICE, that in accordance with the schedule agreed upon by the parties and approved by the Court, Defendants are required to serve and file opposition papers on or before October 23, 2012, and Plaintiff shall serve and file any Reply papers on or before November 2, 2012. The Court has scheduled oral argument for November 9, 2012.

Dated: New York, New York
       September 28, 2012

    Gregory A. Blue
    GREGORY A. BLUE, P.C.
    The Chrysler Building
    405 Lexington Avenue, Suite 2600
    New York, NY 10174
    Telephone: (646) 351-0006
    Facsimile: (212) 208-6874

    BRAGAR EAGEL & SQUIRE, P.C.
    by: /s/ Raymond A. Bragar
          Raymond A. Bragar
    885 Third Ave., Suite 3040
    New York, New York 10022
    Telephone: (212) 308-5858
    Facsimile: (212) 208-2519

    *Attorneys for Plaintiff*