UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD L. WHITE, P.C.,

    Plaintiff,

- against -

WEST PUBLISHING CORPORATION d/b/a "West";
and REED ELSEVIER INC., d/b/a LexisNexis,

    Defendants.

12-CV-1340 (JSR)
ECF CASE

**DECLARATION OF GREGORY A. BLUE
IN SUPPORT OF PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT**

GREGORY A. BLUE declares as follows:

1. I am counsel to the Plaintiff in this action. I have personal knowledge of the facts set forth herein.

2. Attached hereto as Exhibit A is a copy of the Amended Complaint in this Action.

3. Attached hereto as Exhibit B is a copy of the Answer of West Publishing Corporation ("West") to the Amended Complaint.

4. Attached hereto as Exhibit C is a copy of the Answer of Reed Elsevier Inc. ("Lexis") to the Amended Complaint.

5. Attached hereto as Exhibit D is a copy of West's response to Plaintiff's Request for Admissions.

6. Attached hereto as Exhibit E is a copy of Lexis's response to Plaintiff's Request for Admissions.

7. Attached hereto as Exhibit F is a copy of Copyright Registration Certificate Number TX 7-249-439.

8. Attached hereto as Exhibit G is a copy of the Copyright Registration Certificate Number TX-7-417-300.

I declare that the foregoing is true under penalty of perjury.

Executed on: October 5, 2012, New York, NY

                                        /s/ Gregory A. Blue
                                        Gregory A. Blue