# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-259-439

**Effective date of
registration:**

May 20, 2010

## Title

**Title of Work:** Plaintiffs' Combined Motion For Summary Judgment For Plaintiffs, Beer And Ramsey,
And Brief In Support

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** May 20, 2009          **Nation of 1st Publication:** United States

## Author

- **Author:** Edward L. White, P.C.

  **Author Created:** text, compilation, editing

  **Work made for hire:** Yes

  **Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Edward L. White, P.C.

9301 Cedar Lake Ave., Suite 200, Oklahoma City, OK, 73114, United States

## Rights and Permissions

**Organization Name:** Edward L. White, P.C.

**Name:** Edward L White, Attorney

**Email:** ed@edwhitelaw.com          **Telephone:** 405-810-8188

**Address:** 9301 Cedar Lake Ave.

Suite 200

Oklahoma City, OK 73114  United States

## Certification

**Name:** /s/Edward L. White

**Date:** May 20, 2010

