UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
EDWARD L. WHITE, P.C.,

                        Plaintiff,                                   12 Civ. 1340 (JSR)
                                                                              **Filed Electronically**

                        v.

WEST PUBLISHING CORPORATION d/b/a West;
and REED ELSEVIER, INC. d/b/a LexisNexis,

                        Defendants.
-----------------------------------------------------------------------x

## DECLARATION OF JOHN PATRICK SULLIVAN IN FURTHER SUPPORT OF DEFENDANT WEST PUBLISHING CORPORATION'S <u>MOTION FOR SUMMARY JUDGMENT</u>

       I, John Patrick Sullivan, declare under penalty of perjury as follows:

       1.     I am an attorney admitted to practice before the Courts of the State of New York and the Southern District of New York. I am an associate at Weil, Gotshal & Manges LLP, attorneys for Defendant West Publishing Corporation ("West").

       2.     I am familiar with the facts, circumstances, and proceedings in this case and submit this Declaration in further support of West's Motion for Summary Judgment.

       3.     A true and correct copy of excerpts of the transcript of the August 28, 2012 Deposition of Tom Leighton is attached hereto as Exhibit A.

       I declare under penalty of perjury that I have reviewed this document and that the foregoing facts are true and correct. This declaration was executed on the 2nd day of November, 2012.

                                                                              John Patrick Sullivan