# EXHIBIT A

Page 1

```
 1
 2  UNITED STATES DISTRICT COURT
 3  SOUTHERN DISTRICT OF NEW YORK
 4  ------------------------------x
 5  EDWARD L. WHITE, P.C.,        : HIGHLY CONFIDENTIAL -
 6               Plaintiff,       : OUTSIDE ATTORNEYS'
 7                                : EYES ONLY
 8      -against-                 : Civil Action No.
 9  WEST PUBLISHING CORPORATION   : 12-CV-1340 (JSR)
10  d/b/a "West," and             :
11  REED ELSEVIER INC. d/b/a      :
12  LexisNexis,                   :
13               Defendants.      :
14  ------------------------------x
15               August 28, 2012
16               10:15 a.m.
17
18      Deposition of TOM LEIGHTON, held at the law
19  offices of Bragar Eagel & Squire, PC, 885 Third
20  Avenue, Suite 3040, New York, New York, before
21  Susan B. Ratner, a Shorthand Reporter and Notary
22  Public within and for the State of New York.
23
24
25
```

Page 2

```
 1
 2  A P P E A R A N C E S:
 3
 4  For the Plaintiff:
 5  GREGORY A. BLUE, P.C.
 6      The Chrysler Building
 7      405 Lexington Avenue - Suite 2600
 8      New York, New York 10174
 9  BY:  GREGORY A. BLUE, ESQ.
10          -AND-
11  BRAGAR EAGEL & SQUIRE, PC
12      885 Third Avenue - Suite 3040
13      New York, New York 10022
14  BY:  RAYMOND A. BRAGAR, ESQ.
15
16  For the Defendant West Publishing Corporation
17  d/b/a "West":
18  WEIL, GOTSHAL & MANGES LLP
19      767 Fifth Avenue
20      New York, New York 10153-0119
21  BY:  BENJAMIN E. MARKS, ESQ.
22
23
24
25
```

Page 3

```
 1
 2  A P P E A R A N C E S (Continued):
 3
 4  For the Defendant Reed Elsevier Inc.
 5  d/b/a LexisNexis:
 6  MORRISON & FOERSTER LLP
 7      1290 Avenue of the Americas
 8      New York, New York 10104-0050
 9  BY:  CINDY P. ABRAMSON, ESQ.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1
 2      IT IS HEREBY STIPULATED AND AGREED, by and
 3  between the attorneys for the respective parties
 4  herein, that filing and sealing be and the same are
 5  hereby waived.
 6      IT IS FURTHER STIPULATED AND AGREED
 7  that all objections, except as to the form of the
 8  question, shall be reserved to the time
 9  of the trial.
10      IT IS FURTHER STIPULATED AND AGREED that the
11  within deposition may be signed and sworn to before
12  any officer authorized to administer an oath, with
13  the same force and effect as if signed and sworn to
14  before the officer before whom the within deposition
15  was taken.
16
17
18
19
20
21
22
23
24
25
```

Page 17

1    T. Leighton - Highly Confidential
2  name, or are the people who acquire this given sort
3  of an instruction to go out and get certain types of
4  documents?
5       MR. MARKS: Objection to the form of the
6    question.
7       You can answer, if you understand.
8    A.  Generally speaking, the documents
9  would -- people would be given lead lists of cases
10 that meet our criteria, and they would then be going
11 to look for certain documents within the case type,
12 since we are not -- we tend not to get all documents
13 from a given case.
14   Q.  These could include, I would assume,
15 ongoing cases --
16   A.  There could.
17   Q.  -- in which there would be new files that
18 are going on?
19   A.  Yes.
20   Q.  What happens in the case of an ongoing
21 litigation, is that something that is followed by
22 people who acquire the content on an ongoing basis
23 to acquire the documents as they are filed?
24   A.  Generally not.
25       That would generally be -- we have got a

Page 18

1    T. Leighton - Highly Confidential
2  group of people called content acquisition
3  specialists on my team in Eagan, in the field, in
4  places in the country, and they would be responsible
5  for deciding whether to follow up on individual
6  cases.
7    Q.  Just so I understand, there is not some
8  sort of automatic process where every new filing in
9  the cases that you are following would automatically
10 be acquired according to the process that you
11 described?
12   A.  No.
13   Q.  Someone would have to make a decision to
14 go back and either download or scan those files to
15 get them into the system, correct?
16   A.  Yes.
17   Q.  In instances in which you have the vendor
18 acquire the document and put it through the process
19 to get it into the Westlaw database, what is the
20 approximate turnaround time between the time that
21 you, say, acquire a document, and it showing up in
22 the database?
23   A.  It depends on, again, whether -- there
24 are some things that are marked as a different
25 urgency, and if it's a more urgent document, it

Page 19

1    T. Leighton - Highly Confidential
2  could be on within 24 hours.
3       For other documents it would generally
4  take a number of days.
5    Q.  Can you give me a sense of the volume of
6  documents, in terms of the number of documents, that
7  are processed by your department, on whatever basis
8  you might know, maybe an annual basis, or a daily
9  basis, whatever it is?
10       MR. MARKS: Objection to the form of the
11   question.
12       You can answer.
13   A.  It varies a great deal.
14       We set certain targets at the beginning
15 of the year, and it fluctuates by document type, but
16 we have got approximately 11 million different
17 documents on-line at this point.
18   Q.  When did West start acquiring these types
19 of litigation documents to put in the database?
20       MR. MARKS: Objection to form.
21   Q.  I am not talking about court decisions,
22 but papers filed by attorneys, briefs, motions, that
23 sort of thing.
24   A.  We started acquiring appellate briefs in
25 2003.

Page 20

1    T. Leighton - Highly Confidential
2    Q.  What about district court-level briefs?
3    A.  We started acquiring those documents in
4  2005.
5    Q.  Is it different for the state court
6  systems?
7       MR. MARKS: Objection to form.
8    Q.  When you said appellate-level briefs, I
9  immediately jumped to the federal courts of appeals,
10 and I realize that there are appellate-level briefs,
11 of course, at the state level.
12   A.  Yes.
13   Q.  Were you acquiring appellate-level briefs
14 at the state level as far back as 2003, or was that
15 at a different time?
16   A.  That was 2003 as well.
17   Q.  I know you said that there are
18 approximately 11 million documents in the database
19 at this point.
20   A.  Yes.
21   Q.  Do you know approximately how many are
22 being added each year?
23   A.  I don't have a solid number.
24   Q.  Does your department have written
25 materials that people acquiring the content use as a